# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1717.  JOSEPH D. THOMASON v. OLIVIA ASHLEY GILLEY et al.

Following an adverse decision in the magistrate court in this civil action, the plaintiff appealed to the superior court, which issued a decision in the plaintiff's favor after a bench trial.  Defendant Joseph Thomason filed a motion for a new trial, which the superior court denied.  Thomason then filed this direct appeal.  We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Thomason's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Bullock*, 260 Ga. App. at 875.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/23/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.